# IN THE SUPREME COURT OF THE STATE OF NEVADA

DESIREE LUCIDO,
                          Appellant,
                    vs.
BRETT BIAVA,
                          Respondent.

No. 75887

FILED

JUN 1 5 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is a pro se appeal from a district court order denying a motion for an order to show cause for sanctions, change of custody, and attorney's fees in a child custody matter. Eighth Judicial District Court, Family Court Division, Clark County; Cynthia Dianne Steel, Judge.

Our review of the notice of appeal and documents before this court reveals a jurisdictional defect. Assuming that the order challenged on appeal is substantively appealable, it appears that the notice of appeal was prematurely filed after the filing of a timely tolling motion and before that motion was resolved by the district court. *See AA Primo Builders, LLC v. Washington,* 126 Nev. 578, 585, 245 P.3d 1190, 1194-95 (2010) (explaining when a motion for reconsideration has tolling effect under NRAP 4(a)(4)(C); NRAP 4(a)(6). To date, it appears that the tolling motion remains pending in the district court. "A premature notice of appeal does not divest the

18-22922

district court of jurisdiction." NRAP 4(a)(6). Accordingly, we conclude that we lack jurisdiction and we

ORDER this appeal DISMISSED.

_____ Cherry, J.
Cherry

_____, J.
Parraguirre

_____, J.
Stiglich

cc:  Hon. Cynthia Dianne Steel, District Judge, Family Court Division
     Desiree Lucido
     Messner Reeves LLP
     Eighth District Court Clerk